# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| REBECCA E. OLSON, | ) Case No. 2:20-cv-01333-KJM-DB |
| Plaintiff, | ) **ORDER RE JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY TO RESPOND TO COMPLAINT** |
| v. | |
| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and DOES 1-10, | |
| Defendants. | ) Current Deadline: July 30, 2020 <br> ) New Deadline: September 18, 2020 |

Pursuant to L.R. 144, Defendant Prudential Retirement Insurance and Annuity Company ("Prudential") and Plaintiff Rebecca E. Olson, by and through their undersigned counsel, have stipulated to an extension of time for Prudential to respond to the Complaint from July 30, 2020 through and including September 18, 2020. As set forth in the concurrently filed stipulation of the parties, Prudential and Plaintiff agree that it is in the interests of justice and judicial economy for Plaintiff's counsel to subpoena records from a third party prior to Prudential having to respond to the Complaint. Good cause appearing therefore, the stipulated extension for Prudential to respond to the Complaint is approved. Prudential has through and including September 18, 2020 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

DATED: August 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE