**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)**

| | |
|---|---|
| REBECCA E. OLSON, | ) Case No. 2:20-cv-01333-KJM-DB |
| Plaintiff, | ) **ORDER RE JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY TO RESPOND TO COMPLAINT** |
| v. | |
| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and DOES 1-10, | |
| Defendants. | ) Current Deadline: October 5, 2020 |
| | ) New Deadline: November 30, 2020 |

Pursuant to L.R. 144, Defendant Prudential Retirement Insurance and Annuity Company ("Prudential") and Plaintiff Rebecca E. Olson, by and through their undersigned counsel, have stipulated to an extension of time for Prudential to respond to the Complaint from October 5, 2020 through and including November 30, 2020. As set forth in the concurrently filed stipulation of the parties, Prudential and Plaintiff agree that it is in the interests of justice and judicial economy for the parties to continue working toward case resolution in lieu of responding to the complaint at this time. Good cause appearing therefore, the stipulated extension for Prudential to respond to the Complaint is approved. Prudential has through and including November 30, 2020 to respond to Plaintiff's Complaint.  The Initial Scheduling Conference currently set for November 5, 2020, is continued to December 17, 2020, at 2:30 p.m. before Chief District Judge Kimberly J. Mueller, with the filing of a joint status report due fourteen (14) days prior.

IT IS SO ORDERED.

DATED:  October 6, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE