UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca E. Olson,<br><br>    Plaintiff,<br><br>    v.<br><br>Prudential Retirement Insurance and Annuity Company,<br><br>    Defendant. | No. 2:20-cv-01333-KJM-DB<br><br><br>ORDER |

The parties jointly request (ECF No. 10) to extend the time for defendant to respond to plaintiff's complaint from November 30, 2020 through and including February 12, 2021. Good cause appearing, the stipulated extension for defendant to respond to the complaint is **approved**. Defendant has through and including February 12, 2021 to respond to plaintiff's complaint.

This order resolves ECF No. 10.

IT IS SO ORDERED.

DATED: December 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1