# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| REBECCA E. OLSON, | ) Case No. 2:20-cv-01333-KJM-DB |
| Plaintiff, | ) **ORDER ON JOINT STIPULATION** |
| v. | ) **TO: (A) EXTEND TIME FOR** |
| | ) **DEFENDANT PRUDENTIAL** |
| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and DOES 1-10, | ) **RETIREMENT INSURANCE AND ANNUITY COMPANY TO RESPOND TO COMPLAINT; AND (B) CONTINUE SCHEDULING CONFERENCE** |
| Defendants. | ) |
| | ) Current Deadline: February 12, 2021 |
| | ) Proposed Deadline:  March 12, 2021 |

1

ORDER TO EXTEND TIME FOR DEFENDANT PRUDENTIAL RETIREMENT
INSURANCE AND ANNUITY COMPANY TO RESPOND TO COMPLAINT
AND TO CONTINUE SCHEDULING CONFERENCE

The parties have jointly stipulated (ECF No. 13) to (a) extend the time for defendant Prudential Retirement Insurance and Annuity Company ("Defendant") to respond to plaintiff's complaint from February 12, 2021 through and including March 12, 2021, and (b) continue the Scheduling Conference from March 11, 2021 to a date on or after April 5, 2021. Good cause appearing, the stipulated extension for Defendant to respond to the complaint is **approved**. Defendant has through and including March 12, 2021 to respond to plaintiff's complaint.  The Scheduling Conference set for March 11, 2021 is reset for April 8, 2021, at 2:30 p.m.

This order resolves ECF No. 13.

 IT IS SO ORDERED.

DATED:  February 18, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE